IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TERRY M. SKINNER,<br><br>   Plaintiff,<br><br> v.<br><br>CAMDEN COUNTY JAIL,<br><br>   Defendant. | Civil Action<br>No. 16-7603 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

 Plaintiff Terry M. Skinner seeks to bring this civil action in forma pauperis ("IFP"), without prepayment of fees or security. IFP Application, Docket Entry 1-1.

 Plaintiff did not submit a complete application as several sections are incomplete. Plaintiff must complete the application before the Court can consider it. The Court will therefore deny the application to proceed *in forma pauperis* without prejudice. Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

 An appropriate order follows.

**January 31, 2017**             **s/ Jerome B. Simandle**
Date                   JEROME B. SIMANDLE
                         Chief U.S. District Judge